✎AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
         Sheet 1

# UNITED STATES DISTRICT COURT

| EASTERN | District of | LOUISIANA |
|---|---|---|

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For Organizational Defendants) |
| HELMERICH & PAYNE INTERNATIONAL DRILLING CO. | CASE NUMBER:        2:13CR00238-001 "C" 1 |
| | WILLIAM W. TAYLOR, III |
| | Defendant Organization's Attorney |

## THE DEFENDANT ORGANIZATION:

X  pleaded guilty to count(s)   COUNT 1 OF THE BILL OF INFORMATION ON 11/08/2013

☐  pleaded nolo contendere to count(s)
     which was accepted by the court.

☐  was found guilty on count(s)
     after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 U.S.C. § 1018 | KNOWINGLY MAKING AND DELIVERING FALSE WRITINGS | MAY 27, 2010 | 1 |

The defendant organization is sentenced as provided in pages 2 through ___5___ of this judgment.

☐  The defendant organization has been found not guilty on count(s)

☐  Count(s) _____ ☐ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: _73-0765153_

Defendant Organization's Principal Business Address:

1437 SOUTH BOULDER AVE., SUITE 1400

TULSA, OKLAHOMA 74119-3823

Defendant Organization's Mailing Address:

NOVEMBER 8, 2013
Date of Imposition of Judgment

_____
Signature of Judge

SALLY SHUSHAN, UNITED STATES MAGISTRATE JUDGE
Name and Title of Judge

November 8, 2013
Date

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
            Sheet 2 — Probation

Judgment—Page    2    of    5

DEFENDANT ORGANIZATION:    HELMERICH & PAYNE INTERNATIONAL DRILLING CO.
CASE NUMBER:               2:13CR00238-001 "C" 1

## PROBATION

The defendant organization is hereby sentenced to probation for a term of :

THREE (3) YEARS

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with all conditions on the attached page.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 2B — Probation

Judgment—Page ___3___ of ___5___

DEFENDANT ORGANIZATION:    HELMERICH & PAYNE INTERNATIONAL DRILLING CO.
CASE NUMBER:                          2:13CR00238-001 "C" 1

# SPECIAL CONDITIONS OF SUPERVISION

(A) THE COMPANY AGREES THAT IT SHALL NOT COMMIT ANY FURTHER CRIMINAL VIOLATIONS, INCLUDING THOSE FEDERAL LAWS AND REGULATIONS FOR WHICH PRIMARY ENFORCEMENT HAS BEEN DELEGATED TO STATE AUTHORITIES.

(B) PAYMENT IN FULL OF THE MONETARY AMOUNTS SET FORTH IN THE PLEA AGREEMENT INCLUDING ALL SPECIAL ASSESSMENTS, FINES AND RESTITUTION, AND COMMUNITY SERVICE.

(C) THE COMPANY AGREES TO COMPLY WITH AN ENVIRONMENTAL COMPLIANCE PLAN ("ECP") SUBMITTED AS ATTACHMENT A TO THE PLEA AGREEMENT, DURING IT TERM OF PROBATION.

(D) THE COMPANY SHALL NOTIFY THE PROBATION OFFICER WITHIN SEVENTY-TWO HOURS OF ANY CRIMINAL PROSECUTION AGAINST IT OR KNOWLEDGE BY AN EXECUTIVE OFFICER OF ANY REFERRAL FOR POTENTIAL CRIMINAL PROSECUTION TO THE UNITED STATES DEPARTMENT OF JUSTICE FORM REGULATORY AUTHORITIES.

(E) THE COMPANY SHALL DESIGNATE AN OFFICIAL OF THE ORGANIZATION TO ACT AS THE ORGANIZATION'S REPRESENTATIVE AND TO BE THE PRIMARY CONTACT WITH THE UNITED STATES PROBATION OFFICE.

(F) THE COMPANY SHALL ANSWER TRUTHFULLY ALL INQUIRIES BY THE UNITED STATES PROBATION OFFICE AND PERMIT A PROBATION OFFICER TO VISIT THE ORGANIZATION AT ITS HEADQUARTERS IN TULSA, OKLAHOMA, OR ANY OF ITS OFFSHORE RIG OPERATIONS SITES UPON REASONABLE PRIOR NOTICE.

(G)  THE COMPANY SHALL PROVIDE WRITTEN NOTICE TO THE GOVERNMENT AND THE U.S. PROBATION OFFICE TEN DAYS PRIOR TO ANY OF THE FOLLOWING: (I) ANY CHANGE OF ITS CORPORATE NAME, (II) ANY CHANGE IN THE PRINCIPAL BUSINESS LOCATION OR MAILING ADDRESS.

(H) THE COMPANY SHALL PROVIDE PERIODIC, WRITTEN NOTICE TO THE U.S. PROBATION OFFICE OF ANY PURCHASE, SALE OR TRANSFER OF A CONTROLLING INTEREST IN ANY OFFSHORE RIGS.  NO CHANGE IN NAME, BUSINESS REORGANIZATION, BANKRUPTCY, CHANGE IN OWNERSHIP OR CONTROL OF THE COMPANY, MERGER, CHANGE IN LEGAL STATUS, PURCHASE OF ASSETS, OR SIMILAR ACTION SHALL ALTER OR DIMINISH THE COMPANY'S OBLIGATIONS UNDER THE PLEA AGREEMENT.  ASSETS SOLD OR TRANSFERRED BY THE COMPANY WILL NOT BE SUBJECT TO THE REQUIREMENTS OF THE PLEA AGREEMENT, INCLUDING THE ECP, AFTER THE DATE OF SALE OR TRANSFER.  THE COMPANY FURTHER AGREES THAT IT WILL NOT ENGAGE IN ANY BUSINESS REORGANIZATION, TRANSFER OF OWNERSHIP, CORPORATE DISSOLUTION, OR OTHER BUSINESS PRACTICE, INCLUDING THE SALE OR TRANSFER OF ASSETS, IN ORDER TO AVOID THE OBLIGATIONS SET FORTH IN THE PLEA AGREEMENT.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
            Sheet 3 — Criminal Monetary Penalties

Judgment — Page ___4___ of ___5___

DEFENDANT ORGANIZATION:      HELMERICH & PAYNE INTERNATIONAL DRILLING CO.
CASE NUMBER:                 2:13CR00238-001 "C" 1

## CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $  125.00 | $  6.4 million | $ |

☐  The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| **TOTALS** | $ _____ | $ _____ |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

☐  the interest requirement is waived for the   ☐  fine   ☐  restitution.

☐  the interest requirement for the   ☐  fine   ☐  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 4 — Schedule of Payments

Judgment — Page    5    of    5

DEFENDANT ORGANIZATION:    HELMERICH & PAYNE INTERNATIONAL DRILLING CO.
CASE NUMBER:    2:13CR00238-001 "C" 1

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

☐ not later than _____ , or
☐ in accordance with   ☐ C or   ☐ D below; or

**B** ☒ Payment to begin immediately (may be combined with   ☐ C or   ☒ D below); or

**C** ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of
_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☒ Special instructions regarding the payment of criminal monetary penalties:

SPECIAL ASSESSMENT OF $125.00 AND CRIMINAL MONETARY PENALTY OF $6.4 MILLION SHALL BE PAID IN FULL TODAY. OF THE $6.4 MILLION, THE COMPANY SHALL PAY $1 MILLION AS AN ORGANIZATIONAL COMMUNITY SERVICE PAYMENT TO THE NATIONAL ACADEMY OF SCIENCES. THE PENALTY PAYMENT AND SPECIAL ASSESSMENT SHALL BE MADE TO THE CLERK, UNITED STATES DISTRICT COURT AND BE FORWARDED TO THE FOLLOWING ADDRESS: U.S. CLERK'S OFFICE, ATTN.: FINANCIAL SECTION, 500 POYDRAS STREET, ROOM C-151, NEW ORLEANS, LOUISIANA 70130. THE U.S. PROBATION OFFICE AND THE U.S. ATTORNEY'S OFFICE ARE RESPONSIBLE FOR ENFORCEMENT OF THIS ORDER.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

☐ The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.